UNITED STATES of America, Plaintiff–Appellee,

v.

Ricky Eugene PATTERSON, a.k.a. Alvin Patterson, Defendant– Appellant.

No. 08–13462
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 2, 2008.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Ricky Eugene Patterson, Coleman, FL, pro se.

Before BIRCH, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Stephen J. Golembe, appointed counsel for Ricky Eugene Patterson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-sel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and we **AFFIRM.**